

UNITED STATES DISTRICT COURT   11-3595

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose assignment to appropriate calendar.

ED-TX

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes ☐   No ☐

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☐
RELATED CASE, IF ANY:
Case Number: MDL 1871-TR   Judge: Rufe   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes ☐   No ☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)
A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☒ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)   6/3/2011

**ARBITRATION CERTIFICATION**
*(Check appropriate Category)*
I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                         Attorney-at-Law        Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6/3/2011   Tom Dempsey, Deputy Clerk   _____
                 ~~Attorney-at-Law~~           Attorney I.D.#

CIV. 609 (4/03)

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

11-3595

MDL No. 1871

(SEE ATTACHED SCHEDULE)

**FILED**

JUN - 3 2011

**CONDITIONAL TRANSFER ORDER (CTO-92)**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

On October 16, 2007, the Panel transferred 2 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 1,548 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 01, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                              MDL No. 1871

## SCHEDULE CTO-92 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 10-81422 | Klutzz v. SmithKline Beecham Corporation |
| FLS | 9 | 10-81426 | Siebert et al v. Smithkline Beecham Corporation d/b/a Glaxosmithkline |
| FLS | 9 | 10-81427 | Olszewski v. Smithkline Beecham Corporation d/b/a Glaxosmithkline |
| FLS | 9 | 10-81428 | Harding et al v. Smithkline Beecham Corporation |
| FLS | 9 | 10-81430 | Johnson et al v. Smithkline Beecham Corporation |
| FLS | 9 | 10-81442 | Morton v. Smithkline Beecham Corporation |
| FLS | 9 | 10-81454 | Smith Garth v. Smithkline Beecham Corporation |
| FLS | 9 | 10-81456 | Roberson v. Smithkline Beecham Corporation |
| FLS | 9 | 10-81458 | Carter v. Smithkline Beecham Corporation |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 1 | 11-00100 | Stephens v. SmithKline Beecham Corporation |
| **NEW JERSEY** | | | |
| NJ | 2 | 11-02604 | RAMIREZ v. SMITHKLINE BEECHAM CORPORATION et al |
| **NEW YORK EASTERN** | | | |
| NYE | 1 | 11-02300 | Quraan v. SmithKline Beecham Corporation |
| **TEXAS EASTERN** | | | |
| TXE | 2 | 11-00206 | Boyd v. SmithKline Beecham Corporation et al |
| TXE | 2 | 11-00215 | Knight et al v. SmithKline Beecham Corp. et al |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 11-01352 | Powers v. SmithKline Beecham Corp et al |