IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
|---|---|
| THIS DOCUMENT RELATES TO: | Case No. |
| JANET KNIGHT<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE LLC<br>Defendant. | 2:11-cv-03595-CMR |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Plaintiff in the above-captioned action and Defendant GlaxoSmithKline LLC ("GSK"), that all claims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs and counsel fees.

Dated: 7/5/12

Alan J. Robertson
Sloan, Bagley, Hatcher & Perry Law Firm
101 East Whaley Street
Longview, TX 75601

*Attorney for Plaintiff*

Dated: 7/9/2012

Nina M. Gussack
George A. Lehner
Noël B. Ix
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981 4000

*Attorneys for Defendant
GlaxoSmithKline LLC*

Dated: 7-9_____, 2012

SO ORDERED,

Hon. Cynthia M. Rufe
United States District Judge